AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Robin Lee Reierson<br>DOB: XXXXXX<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:23−mj−00215
Assigned To : Harvey, G. Michael
Assign. Date : 8/18/2023
Description: Complaint W/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) - | (Civil Disorder), |
| 18 U.S.C. § 111(a)(1) - | (Assaulting, Resisting, or Impeding Certain Officers), |
| 18 U.S.C. § 1752(a)(1) - | (Entering and Remaining in a Restricted Building or Grounds), |
| 18 U.S.C. § 1752(a)(2) - | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds), |
| 18 U.S.C. § 1752(a)(4) - | (Engaging in Physical Violence in a Restricted Building or Grounds), |
| 40 U.S.C. § 5104(e)(2)(D) - | (Disorderly Conduct in a Capitol Building), |
| 40 U.S.C. § 5104(e)(2)(F) - | (Act of Physical Violence in the Capitol Grounds or Buildings). |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ___08/18/2023___

_____
*Judge's signature*

City and state: _____Washington, D.C._____          Honorable G. Michael Harvey
_____
*United States Magistrate Judge*