AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00215 |
| Robin Lee Reierson | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 8/18/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Robin Lee Reierson_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - (Civil Disorder);
18 U.S.C. § 111(a)(1) - (Assaulting, Resisting, or Impeding Certain Officers);
18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(4) - (Engaging in Physical Violence in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(F) - (Act of Physical Violence in the Capitol Grounds or Buildings).

Date: __08/18/2023__                                        G. Michael Harvey
                                                         *Digitally signed by G. Michael Harvey*
                                                         *Date: 2023.08.18 14:56:40 -04'00'*
                                                         _____
                                                                 *Judge's signature*

City and state:   __Washington, D.C.__               __Honorable G. Michael Harvey__
                                                         *United States Magistrate Judge*

---

**Return**

This warrant was received on *(date)* __8/18/23__ , and the person was arrested on *(date)* __8/23/23__
at *(city and state)* __Schiller Park, IL__.

Date: __8/23/23__                                        _____
                                                            *Arresting officer's signature*

                                                         Ariel Turner, Special Agent
                                                            *Printed name and title*