AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-mj-00215-GMH |
| Robin Lee Reierson | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROBIN LEE REIERSON

Date: December 4, 2023

*Attorney's signature*

Michael Leonard IL 6207335
*Printed name and bar number*
Leonard Trial Lawyers
Michael Leonard
120 N. LaSalle St., 20th Floor
Chicago, IL 60602

*Address*

mleonard@leonardtriallawyers.com
*E-mail address*

(312) 380-6559
*Telephone number*

(312) 264-0671
*FAX number*